**No. 57674.**—Schneider Bros. & Co., Inc. (Transferee) *v.* United States, protest 212464–K (New York).

Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that the kidskin plates are similar in all material respects to those the subject of *Kung Chen Fur Corpn.* v. *United States* (29 Cust. Ct. 266, C. D. 1480), the claim for free entry under paragraph 1681 was sustained.

FORD, J., concurred.

MOLLISON, J., dissented for the reasons set forth in his dissenting opinion in C. D. 1480, *supra*.